**Dismissed and Memorandum Opinion filed January 13, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00539-CV

---

### JESSE K. PRATHER, Appellant

### V.

### CAPTAIN V. MILLER, W. GRIGSBY, T. DANIELS, JANE DOE, AND JOHN DOE, Appellees

---

**On Appeal from the 411th District Court**
**Polk County, Texas**
**Trial Court Cause No. CIV28465**

---

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed July 8, 2014. The clerk's record was filed August 28, 2014. No reporter's record or brief was filed.

On November 6, 2014, this court issued an order stating that unless appellant filed a brief on or before December 8, 2014, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Christopher, Donovan, and Wise.